

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00110-CR

**BRANDON VASHUN HOUSE,**

                                                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                        **Appellee**


### From the 12th District Court
### Walker County, Texas
### Trial Court No. 26,018


## MEMORANDUM  OPINION


Appellant Brandon Vashun House has filed a "Withdrawal of Notice of Appeal" in which he states that he "respectfully moves this Court to withdraw Defendant's Notice of Appeal and to dismiss the appeal."  We have no authority under Rule of Appellate Procedure 42.2 to "withdraw Defendant's Notice of Appeal"; therefore, we construe House's motion as a motion to voluntarily dismiss his appeal.  *See* TEX. R. APP. P. 42.2(a).  We have not issued a decision in this appeal, and House personally signed the motion.  The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed December 31, 2014
Do not publish
[CR25]

